IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01398-RPM

GRANT BLOOMQUIST,

    Plaintiff,
v.

JEREMY SHELDON, in his individual and official capacities;
JOHN IRELAND, in his individual and official capacities;
NATHAN JOHNSON, in his individual and official capacities;
FELIX JULIANO, in his individual and official capacities;
JORDAN LEFFLER, in his individual and official capacities;
RAFAEL CHANZA, in his individual and official capacities;
DAVID ROSENHOFF, in his individual and official capacities;
JIM JEFFCOAT, in his individual and official capacities; and,
JOHN GARZA individually and in his official capacities,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

    Pursuant to Procedural Order Number One entered by this Court on October 27, 2015, counsel have contacted chambers to set a date and time for a Scheduling Conference pursuant to Rule 16 and it is

    ORDERED that a scheduling conference will be held on **January 27, 2016, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 6/23/15). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00**

**p.m. on January 19, 2016.**  The conference is conducted with <u>lead counsel present in person</u>.  No parties or representatives of parties will be permitted to attend.

DATED:   December 3, 2015,

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge